IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| HI RIDGE SERVICES, INC., *a Florida Corporation*, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DOUGLAS G. ALFORD COMPANY, *a Liability Company* and DOUGLAS G. ALFORD, *Individually*, | ) ) ) ) |
| Defendants. | ) Civil Action No. 5:22-CV-028-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED** without prejudice.

SIGNED this 28th day of March, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE